AO 442 (Rev. 4/97) Warrant for Arrest

# UNITED STATES DISTRICT COURT

_____ DISTRICT

OF _____

MASSACHUSETTS

UNITED STATES OF AMERICA

v.

HUGH BRIAN HANEY

**06 CR 10230 NG**

WARRANT FOR ARREST

Case Number:

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Hugh Brian Haney**
_____ Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ INDICTMENT ☐ INFORMATION ☐ COMPLAINT ☐ ORDER OF COURT ☐ VIOLATION OF NOTICE ☐ PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

conspiracy to possess with intent to distribute and to distribute oxycodone; distribution of oxycodone

in violation of Title __21__ United States Code, Section(s) __846, 841__.

Catherine M Gawlik
Name of Issuing Officer

Catherine M Gawlik
Signature of Issuing Officer

**CLERK OF COURT**
Title of Issuing Officer

Boston, MA; August , 2006
Date and Location

Bail fixed at $ _____ BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

COPY

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERK'S OFFICE

2006 AUG 24 A 9:56

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 06-S10230680GRI |
| v. ) | DISTRICT OF MASS. |
| ) | |
| HUGH BRIAN HANEY ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States Attorney hereby respectfully moves the Court to unseal the indictment in this case. In support thereof, the government states that the defendant has been arrested, and there is no longer a need for secrecy.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: August 24 2006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | 06 CR 10230 NG <br> VIOLATION: |
| v. | 21 U.S.C. §846- Conspiracy to Possess with Intent to Distribute and to Distribute Oxycodone |
| HUGH BRIAN HANEY, <br> Defendant | 21 U.S.C. § 841(a)(1)- Possession of Oxycodone with intent to Distribute and Distribution of Oxycodone |
| | 21 U.S.C. §853 - Criminal Forfeiture |

### INDICTMENT

**COUNT ONE:** (21 U.S.C. § 846 - Conspiracy to Possess with Intent to Distribute and to Distribute Oxycodone)

The Grand Jury charges that:

From a date unknown, but from at least in or about October, 2005, and continuing until a date unknown, but at least in or about February, 2006, at Andover, in the District of Massachusetts, Columbus, in the Southern District of Ohio, and elsewhere,

**HUGH BRIAN HANEY,**

defendant herein, did knowingly and intentionally combine, conspire, confederate and agree with others known and unknown to

the Grand Jury to possess with intent to distribute, and to distribute, oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO: (21 U.S.C. § 841(a)(1) - Possession with Intent to Distribute and Distribution of Oxycodone)

The Grand Jury further charges that:

On or about December 22, 2005, at Andover, in the District of Massachusetts, and at Columbus, in the Southern District of Ohio,

**HUGH BRIAN HANEY**,

defendant herein, did knowingly and intentionally possess with intent to distribute, and did distribute, a quantity of oxycodone, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1).

## CRIMINAL FORFEITURE ALLEGATION

### (21 U.S.C. § 853)

The Grand Jury further charges that:

1.  Upon conviction of one or more of the offenses alleged in Counts One and Two of this indictment,

**HUGH BRIAN HANEY**

defendant herein, shall forfeit to the United States for its use and benefit any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses, including, without limitation:

   a.  $1,325 sent in the form of two USPS Money Orders to Rush Receipt, Ltd, 4865 Sawmill Rd, #116, Columbus, Ohio, on 12/28/05.

2.  If any of the forfeitable property described in paragraph 1 above, as a result of any act or omission of the defendant —

   (a) cannot be located upon the exercise of due diligence;
   (b) has been transferred or sold to, or deposited with, a third party;
   (c) has been placed beyond the jurisdiction of the Court;
   (d) has been substantially diminished in value; or
   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21,

United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in paragraph 1 of this paragraph.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
RACHEL E. HERSHFANG
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; August 3, 2006

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

1:56

JS 45 (5/97) - (Revised USAO MA 1/15/05)
**Criminal Case Cover Sheet**      **06 CR 10230 NG**      U.S. District Court - District of Massachusetts

Place of Offense: _____    Category No. __II__    Investigating Agency __DEA__

City __Andover__     Related Case Information:

County __Essex__     Superseding Ind./Inf. __N__    Case No. _____
Same Defendant _____ New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __Hugh Brian Haney__      Juvenile ☐ Yes ☒ No

Alias Name _____

Address __Columbus, OH__

Birth date (Year only): _____ SSN (last 4 #): __1021__ Sex __M__ Race: __W__ Nationality: __U.S.__

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA __Rachel E. Hershfang, 748-3249__    Bar Number if applicable _____

Interpreter: ☐ Yes ☒ No    List language and/or dialect: _____

Victims: ☐ Yes ☒ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2) ☐ Yes ☐ No

Matter to be SEALED: ☒ Yes ☐ No

    ☒ Warrant Requested     ☐ Regular Process     ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document: ☐ Complaint    ☐ Information    ☒ Indictment

Total # of Counts: ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☐ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __8/3/06__    Signature of AUSA: _(signature)_

JS 45 (5/97) - (Revised USAO MA 11/15/05) Page 2 of 2 or Reverse  **06 CR 10230 NG**

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant  **Hugh Brian Haney**

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | consp. to poss. with intent to distrib. oxycodone | 1 |
| Set 2 | 21 USC 841 | distribution of oxycodone | 2 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**